Civil Court of the City of New York
County of New York

DEMI LLC
    -against-
BARBARA J STINSON

Index Number: **CV-062732-05/NY**



**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

**UPON** the annexed affidavit of BARBARA J STINSON, sworn to on February 22, 2018, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
    **111 Centre Street, New York, NY 10013**
        **Part 34C - SRL - Procedural Motions - Cons Debt, Room 325**
        **on March 9, 2018 at 9:30 AM**
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, allow proposed answer or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):      Sheriff or Marshal:
(Judge to Initial)          (Judge to Initial)

____ by Personal Service by "In Hand Delivery"      ____ by Personal Service by "In Hand Delivery"
____ by Certified Mail, Return Receipt Requested      ____ by Certified Mail, Return Receipt Requested
____ by First Class Mail with official Post Office      ✓ by First Class Mail with official Post Office
    Certificate of Mailing          Certificate of Mailing

on or before __2/24/18__, shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

**Mail to Attorney or party:**      **Marshal or Sheriff:**
Houslanger & Associates PLLC (Counsel for Pltf), at 372      Sheriff of Westchester County
New York Avenue, Huntington, NY 11743      Sheriff's Civil Unit
     110 DR MARTIN LUTHER KING JR BLVD
     ROOM L217
     WHITE PLAINS, N.Y. 10601

February 22, 2018
DATE      Hon. Leticia M. Ramirez, Civil Court Judge (NYC)

Civil Court of the City of New York, County of New York

Index #: **CV-062732-05/NY**

DEMI LLC
    -against-
BARBARA J STINSON

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

State of New York, County of New York:
**BARBARA J STINSON**, being duly sworn, deposes and says:

(Defendant's initials)

1. ___ a) I am the **Party** named as (Defendant) in the above titled action

2. ___ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to #4]
   ___ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
       ___ a Notice of Default Judgment mailed to me
       ___ a Restraining Notice on my bank account
       ✓ a copy of an Income Execution served on _from Sheriff's office_
       ___ Other: ___

3. ___ a) I did not appear and answer in the Clerk's Office because: [NOTE: if you complete #3a, skip and go to #6].
   
   b) I did not appear and answer in the Clerk's Office
       ___ and I received a date for trial
       ___ but the answer was entered late
       ___ Other: ___

4. On the Date of **Trial** before Judge/Arbitrator
       ___ a stipulation (a written agreement) was made between claimant/plaintiff and defendant.
       ___ a judgment was entered after the trial.
       ___ a judgment was entered against me by default for my failure to appear.
       ___ Other: ___

5. My reason for not
       ___ complying with the stipulation is ___
       ___ following the order of the Court is ___
       ___ appearing in court on the date scheduled for trial is ___
       ___ Other: ___

6. I allege that I have a good defense because: _See Attached Proposed Answer_

7. ___ a) I have not had a previous Order to Show Cause regarding this index number.
   ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _because on the 1st application I made said general denial which was insufficient_

8. ___ I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these papers in person.

Sworn to before me this day:
February 22, 2018

_____ (Sign Name) X _Barbara_____
Signature of Court Employee and Title

BARBARA J STINSON
1307 PARK STREET
Peekskill, NY 10566

| Civil Court of the City of New York, | Index No: **CV-062732-05/NY** |
|---|---|
| County of New York | |

| DEMI LLC | | **ANSWER IN PERSON** |
|---|---|---|
| | Plaintiff(s) | **AND VERIFICATION** |
| -against- | | *Defendant is advised to mail a copy of this Answer to:* |
| BARBARA J STINSON | | Houslanger & Associates PLLC (Counsel for Pltf) |
| | Defendant(s) | 372 New York Avenue |
| | | Huntington, NY 11743 |

State of New York, County of New York:

I, **BARBARA J STINSON**, am the Defendant in this action. As my answer to the allegation(s) made in the Complaint, I offer the following:

1. ✓ General Denial

2. ✓ The credit card that they say I owe on I have never owned

_____

_____

3. Counterclaim: $ _____ Reason: _____

Date: **02/22/2018**

X *Barbara S*
Signature of Defendant in Person

BARBARA J STINSON, residing at 1307 PARK STREET, Peekskill, NY 10566

## VERIFICATION

State of New York, County of *New York* ss.:

**BARBARA J STINSON**, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Person and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 22nd day of Feb, 2018

_____
Notary Public /Court Employee and Title

X *Barbara S*
Defendant

| For Court Use Only |
|---|
| Initial Calendar Date: _____ |
| Both Sides Notified: _____ |