CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF _N̲e̲w̲ ̲Y̲o̲r̲k̲_

---------------------------------------------------------------x      Index No. _6̲7̲3̲2̲ ̲-̲0̲5̲_

_D̲e̲M̲l̲,̲ ̲L̲L̲C̲_ ,

Plaintiff,

- against -

_B̲a̲r̲b̲a̲r̲a̲ ̲J̲.̲ ̲S̲t̲i̲n̲s̲o̲n̲_

Defendant

---------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF
ORDER TO SHOW CAUSE
TO VACATE DEFAULT
JUDGMENT AND DISMISS FOR
LACK OF PERSONAL
JURISDICTION**

STATE OF NEW YORK    )

ss:

COUNTY OF _N̲e̲w̲ ̲Y̲o̲r̲k̲_ )

_b̲a̲r̲b̲a̲r̲a̲ ̲ ̲J̲.̲ ̲S̲t̲i̲n̲s̲o̲n̲_ , being duly sworn, depose and say that:

1. I am an unrepresented Defendant in the above-captioned action.

2. I am fully familiar with the facts set out in this Affidavit.

3. I submit this Affidavit in support of this Order to Show Cause to vacate the default

judgment and dismiss the action for lack of personal jurisdiction and attach the following

exhibit(s) in support: _a) a copy of the affidavit of service (Ex. A);_

_(b) a copy of an Assurance of Discontinuance in a disciplinary_

_proceeding against the process server (Ex.B.); W-2 STATEMENTS FROM 2005_
_THROUGH 2008 WITH PROOF OF ADDRESS 163 EAST ELM ST. GREENWICH CONN. 06830 (EXC)_

4. Because this Affidavit contains a sworn denial of the affidavit of service,

☐ and facts to rebut the process server's affidavit, I request the Court hold a traverse hearing.

☒ and documentary evidence to rebut the process server's affidavit, I request the Court grant

this application pursuant to C.P.L.R. 3211(a)(8) without the need for a traverse hearing and

dismiss the action for lack of personal jurisdiction.

↱ STATEMENT FROM CT - DMV AS PROOF OF ADDRESS FROM 2005 (EX D)
STATEMENT OF MY VOTING RECORD IN THE STATE OF CT. (EX E)

Defendant has copy of Affidavit of Service.

_of 1̲0̲_

MY SON ROBERT'S DEATH CERTIFICATE PROVING BY DATE OF DEATH AND
BY PROPER NAME HE COULD HAVE NOT BEEN SERVED A SUMMONS (EX F)

5. On _December 1st, 2005_, ~~the~~, Plaintiff commenced this action by filing the Summons and Complaint.

6. A default judgment was entered against me in this action on _April 11, 2006._

7. I have reviewed the affidavit of service filed in this action, and I dispute the allegations of the process server for the following reasons:

a) The Affidavit of service alleges service of process on January 26, 2006 at the following address: 256 East 82nd Street Apartment 4B, New York New York 10028.

b). On the alleged service date of January 26, 2006 I lived at a different residence. I resided at 163 East Elm Street, Greenwich, CT 06830.

c) Although I had resided at the service address I had moved from that residence permanently on June 2002.

d) to demonstrate my address on January 26, 2006 I am attaching as evidence pay stubs for December 2005, January 2006,

and February 2006 all showing my ~~common~~ residence
at that time as 163, East Elm street, Greenwich ct.

8. I discovered that Plaintiff commenced this action when:

I received a notice of wage garnishment.

In addition, upon information and belief, the
process owner, Harry Torres, was disciplined
by the New York City Department of Consumer.
Affairs in 2009 and fined $1,000 (see Ex B,
page 9, paragraph 45).

Defendant has copy of Affidavit of Service.

9. Because I never received notice about the lawsuit, I have a reasonable excuse for my default.

10. I also have one or more meritorious defenses.

☒ **I do not owe the money.**

☒ **I am a victim of identity theft or mistaken identity.**

☐ **Payment.**

☐ **Incorrect Amount.**

☒ **No business relationship with the plaintiff. (Plaintiff lacks standing.)**

☐ **The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect debt.**

☐ **There is no debt collection license number in the complaint.**

☒ **Statute of limitations.**

☐ **The debt was discharged in bankruptcy.**

☐ **The collateral (property) was not sold at a commercially reasonable price.**

☐ **Unjust enrichment.**

☐ **Violation of the duty of good faith and fair dealing.**

☐ **Unconscionability (the contract is unfair).**

☐ **Laches.**

☐ **Defendant is in the military.**

☐ **Other Defense.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

11. **Notice of Entry.** I note that:

☒ I was not served with written notice of entry of a judgment or order.

☐ I received a copy of the judgment or order with written notice of its entry

on or about _____

and I am filing this motion within the year of service.

12. **Protected Income.** In addition, I note that my sole source of income is

_____, which is exempt from collection.

13. The CLARO Program helped me prepare this Affidavit in support of my Order to Show Cause to Vacate the Default Judgment.

14. Upon information and belief based on the advice I received at CLARO, the law stated below is true and accurate:

15. C.P.L.R. 5015(a)(4) mandates this Court to vacate a default judgment and dismiss an action when it finds that a defendant was not served with the Summons or the Summons and Complaint as required by C.P.L.R. § 308. Kiesha G.-S. v. Alphonso S., 57 A.D.3d 289, 289, 870 N.Y.S.2d 240, 240 (1st Dept. 2008) (citing Chase Manhattan Bank, N.A., v. Carlson, 113 A.D.2d 734, 493 N.Y.S.2d 339 (2d Dept. 1985) ("[a]bsent proper service of a summons, a default judgment is deemed a nullity and once it is shown that proper service was not effected the judgment must be unconditionally vacated")); Steele v. Hempstead Pub Taxi, 305 A.D.2d 401, 402, 760 N.Y.S.2d 188, 189 (2d Dept. 2003) (same).

16. Service of process is a constitutional requirement necessary for a court to have jurisdiction over a person. Patrician Plastic Corp. v. Bernadel Realty Corp., 25 N.Y.2d 599, 607, 307 N.Y.S.2d 868, 875 (1970) ("The short of it is that process serves to subject a person to jurisdiction in an action pending in a particular court and to give notice of the proceedings." (citations omitted)).

17. The requirements for service of process are strictly enforced. Dorfman v. Leidner, 76 N.Y.2d 956, 958, 563 N.Y.S.2d 723, 725 (1990) (stating that "[s]ervice of process is carefully prescribed by the Legislature" and "requires adherence to the statute").

18. A court determines whether Plaintiff effected service of process properly by reviewing the facial validity of the affidavit of service and other documents. De Zego v. Bruhn, 67 N.Y.2d 875, 877, 501 N.Y.S.2d 801, 801-802 (1986).

19. In its moving papers, the defendant must either submit a sworn denial of service or swear to specific facts to rebut the process server's affidavit. Puco v. DeFeo, 296 A.D.2d 571,

6 of 10

571, 745 N.Y.S.2d 719, 719-20 (2d Dept. 2002). An affidavit by defendant that raises an issue of fact as to jurisdiction is sufficient to rebut the process server's affidavit. National Union Fire Ins. v. Montgomery, 245 A.D. 2d 150, 665 N.Y.S.2d 665, 666 (1st Dept. 1997).

20.

☐ This Affidavit raises a question of fact with respect to this Court's jurisdiction, which should be resolved through a traverse hearing. See Kingsland Grp. v. Pose, 296 A.D.2d 440, 440-41, 744 N.Y.S.2d 715, 716 (2d Dept. 2002) ("[S]ince there was a sworn denial of receipt of process, the affidavit of service is rebutted and the plaintiff must establish jurisdiction by a preponderance of the evidence at a hearing."); In re St. Christopher-Ottilie, 169 A.D.2d 690, 691, 565 N.Y.S.2d 72, 73 (1st Dept. 1991) ("[T]he court erred in failing to hold a traverse hearing on the issue of the propriety of personal service, since respondent has raised an issue of fact with respect to the service of the petition.").

☒ In cases where the documentary evidence shows that service was not proper, the Court should grant the motion to dismiss for lack of personal jurisdiction without holding a traverse hearing. Ben-Amram v. Hershowitz, 14 A.d.3d 638, 789 N.Y.S.2d 313 (2d Dept. 2005) ("Since it was undisputed that the defendant did not reside at the address where personal service was attempted, and the address was not alleged to be the defendant's place of business, any purported service pursuant to CPLR 308 was ineffective, and the complaint should have been dismissed." (internal citation omitted)); Community State Bank v. Haakonson, 94 A.D.2d 838, 463 N.Y.S.2d 105 (3d Dept. 1983) ("Personal jurisdiction not having been acquired, the subsequently granted default judgment was a nullity and Special Term's attempt to exercise discretion pursuant to CPLR 5015 was ineffectual, for it was without authority to take any action other than to dismiss the complaint. . . . And not withstanding plaintiff's assertion to the contrary, there is no reason

Defendant has copy of Affidavit of Service.

to remand for a factual hearing on the propriety of the service. . . . Because no disputed issue of fact is presented, a further hearing would be useless."(internal citations omitted)).

21. If this Court finds that C.P.L.R. § 5015(a)(4) does not apply in this action, the Court may vacate the judgment based on excusable default under C.P.L.R. § 5015(a)(1). Mayers v. Cadmen Towers, Inc., 89 A.D.2d 844, 845, 453 N.Y.S.2d 25, 26-27 (2d Dept. 1982) (remitting the case for a hearing to determine "whether the court had jurisdiction over defendant, and, if it did . . . whether leave to interpose an answer containing all or only some defenses should be granted in view of the prejudice, if any, caused by the defendant's default").

22. Excusable default requires a finding of a reasonable excuse for the default and the existence of a potentially meritorious defense to warrant vacatur of the default judgment. Gerdes v. Canales, 74 A.D.3d 1017, 1018, 903 N.Y.S.2d 499, 500 (2d Dept. 2010).

23. "There is a 'strong [public] policy favoring the determination of actions on their merits'." Heskel's West 38th Street Corp. v. Gotham Constr. Co., 14 A.D.3d 306, 307, 787 N.Y.S.2d 285, 287 (1st Dept. 2005) (alteration in the original).

24. As described above, I have a reasonable excuse for my default as I never received the Summons or the Summons and Complaint and meritorious defenses.

25. I have:

☐ not had a previous Order to Show Cause regarding this index number.

☒ **had** a previous Order to Show Cause regarding this index number but I am making this further application because:

on the return date of my first order to show cause filed February 21, 2016 I was advised to withdraw my Order to

Defendant has copy of Affidavit of Service.

Showcause and refile a second
application. The return date of
that first order to show cause
was on February 22, 2018.

26. I respectfully request that the Court grant my motion to vacate the default judgment or in the alternative, schedule a traverse hearing and, pursuant to C.P.L.R. 5015(a)(4), dismiss this case for lack of personal jurisdiction, lift all stays, order the return of any funds that have been garnished, and permit me to serve papers by mail.

27. If the Court denies my request pursuant to C.P.L.R. 5015(a)(4), I respectfully request that the Court grant my motion to vacate the default judgment pursuant to C.P.L.R. 5015(a)(1), restore the case to the calendar, lift all stays, order the return of any funds that have been garnished, permit me to file the proposed Answer, and permit me to serve papers by mail.

WHEREFORE, I respectfully request that the Court grant my motion in all respects.

3-26 - 2018
Date

*Barb*
Pro Se Defendant Signature
Barbara J. Stinson
Pro Se Defendant Name
1307 Park Street

Peekskill NY 10566
Address
917 · 612 · 9593
Phone

Sworn to before me on the

26 day of March , 20 18

*Yvette Socastro*
NOTARY PUBLIC

YVETTE SOCASTRO
Notary Public – State of New York
NO. 01SO6364895
Qualified in Orange County
My Commission Expires Sep 25, 2021

Prepared with the assistance of the ___Manhattan___ CLARO Program by Volunteer Attorney
___Theodora Gal___ , with statements about the law prepared by
Theodora Galacatos, Esq., of Fordham Law School's Feerick Center for Social Justice, for the CLARO Program.

Defendant has copy of Affidavit of Service.

EXHIBIT 4.

Date Filed: December 13, 2005

CIVIL COURT OF THE CITY OF NEW YORK

DISTRICT:

ATTORNEY(S): : HOUSLANGER & ASSOCIATES (a)   PH: 914-767-3803
ADDRESS: 372 NEW YORK AVE HUNTINGTON NY 11743 File No.: 27829

## DEMI, LLC

vs

Plaintiff(s)/Petitioner(s)

## BARBARA J STINSON

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

_HARRY TORRES_ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On __Thursday, January 26, 2006__ at __6:16 PM__ ,

at __238 E 82ND ST, APT 4B, NEW YORK, NY 10028-2798__ , deponent served the within

__Summons & Verified Complaint__

on: __BARBARA J STINSON__ , __Defendant__ therein named.

The language required by NYCRR 2900.2E, F&H was set forth on the face of said summons.

**INDIVIDUAL** □  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** □  By delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent of the _____, and said person stated that he/she was authorized to accept service on behalf of the _____.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** [X]  By delivering a true copy of each to __ROBERT STINSON__ , __resident/relative__ , a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** □  By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

| on | | at | |
| on | | at | |
| on | | at | |
| on | | at | |

Address confirmed by _____

**#5 MAIL COPY** [X]  On __February 1, 2006__ , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: __White__   Color of hair: __Black__   Age: __14-20 Yrs__   Height: __5'4"-5'8"__
Weight: __131 - 160 Lbs__   Other Features: _____

**#7 WIT. FEES** □  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [X]  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N.Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** □

Sworn to before me on __February 1, 2006__

__DAVID B WARSHALL__
NOTARY PUBLIC, State of New York
No. 01WA5115528, Qualified in Nassau County
Term Expires September 07, 2008

__HARRY TORRES__
Server's Lic # 0915257
Invoice-Work Order # 28631

*Exhibit B*                    Dept ORIG.

CITY OF NEW YORK
DEPARTMENT OF CONSUMER AFFAIRS
------------------------------------------------------------X

**DEPARTMENT OF CONSUMER AFFAIRS,**

               **Complainant,**

               -against-

**Harry Torres,**

               **Respondent.**

------------------------------------------------------------X

ASSURANCE OF
DISCONTINUANCE

PROCESS SERVER
INDIVIDUAL

Violation No LL # 5133470
Process Server License
0915257

Harry Torres ("Respondent") consents to this Assurance of Discontinuance ("AOD" or "Agreement") to settle the above captioned violation with the Department of Consumer Affairs ("DCA" or "the Department") and agrees as follows:

## ACKNOWLEDGMENT OF SERVICE

Respondent acknowledges receipt of the Notice of Hearing in the above captioned matter, which charged him with violating provisions of Title 20 of the Administrative Code of the City of New York (the "Code") found in: Chapter 1 of the Code, beginning at Section 20-101 (the "License Enforcement Law"); Chapter 2 of the Code, Subchapter 23, beginning at Section 20-403 (known as the Process Servers Law); Title 6 of the Rules of the City of New York ("6 RCNY"), beginning at Section 1-01 (known as the License Enforcement Rules); Title 6 of the Rules of the City of New York, Chapter 2, Subchapter W beginning at Section 2-231 (the "Process Servers Rules") in connection with his Process Server license

## BAR TO REAPPLYING FOR A PROCESS SERVER LICENSE IN THE CITY OF NEW YORK

1   Respondent shall be barred from reapplying for any process server license issued by the Department for a period of five years (5) beginning on October 1, 2008

2   During the said five (5) year period, Respondent shall be prohibited from engaging in process serving activity in the City of New York including but not limited to serving, assigning, distributing or delivering process for service to anyone else to serve on his behalf or on behalf of any company in which Respondent owns a ten (10) or more percent share or interest nor conduct any process server business whatsoever in the City of New York

3   Should Respondent reapply and be issued a process server license at any time after the expiration of the five (5) year period, Respondent shall comply with all the provisions of this Agreement as condition of the issuance of a process server license to Respondent or on behalf of any company in which Respondent owns a ten (10) or more percent share or interest

4   Any time frame imposed by this Agreement shall begin to run as of the date of the subsequent issuance of a process server license to Respondent


I     **DEFINITIONS:**

A   "Serve" or "service" shall mean the delivery of process in manner prescribed by the laws of the State of New York

B   Process' means a summons, notice of petition, order to show cause, subpoena, notice, citation or other legal paper issued under the laws of the State of New York directing an appearance or response to a legal action, legal proceeding or administrative proceeding; provided, however, that if under the laws of the State of New York the mailing of such legal paper is sufficient to effect service, such legal paper shall not be process for the purpose of this Agreement

C   A 'contest to service of process" means a challenge alleged in an answer, motion, or other pleading submitted in a judicial, administrative or other legal proceeding to the service of process effectuated by a process server on the ground that the service did not comply with the requirements of New York State or other applicable law, including a hearing commonly known as a "traverse hearing," whether such challenge is waived, settled by stipulation or decided by court order after a hearing,

D   'Contemporaneous" with respect to the entry of an event in a record, volume or log book means that each entry shall be made at or about the time as the act with respect to which the entry is made

E   "Chronological" with respect to the notation in the process server record or log means that each notation shall be entered in order of date and time and that no blank spaces shall be left allowing the entry of an additional notations between any two notations

F   "Bound volume" means a book or ledger that at the time of purchase contains a specified number of unfolded sheets of paper or other material that are permanently secured to covers by stitching, glue such other method that is calculated to make readily discernable the removal or inclusion of one or more sheets after the first use of such volume

G   "Paginated" means each page in the volume or log must contain either a page number in sequence starting with the number "1" at the time of purchase or an indelible label stating the number of pages the volume originally contained

H   "Due diligence" in delivering process shall mean that three or more reasonable efforts were made to locate and deliver process personally to the person(s) to be served within the State

I   "Reasonable efforts" means that attempts to serve process is made at a time, date or location the Respondent knows the person to be served could reasonably be found

J   'Reasonable efforts to locate' means that Respondent has made reasonable attempts to locate the person to be served and confirmed the address or location by dependable sources before attempting delivery of process

K   "Reasonable efforts to effectuate service by personal delivery" means that the Respondent shall attempt personal delivery more than once and that he/she shall deliver process by substituted service or by conspicuous place service only after the third attempt to find the person to whom service must be delivered

L   'Same time' with respect to efforts to make delivery means within two hours before and after of an hour

M   "Material breach" means the failure to comply with this Assurance of Discontinuance in whole or in part by commission or omission without legal excuse

N   "Report to the Department" means directing a written communication to the New York City Department of Consumer Affairs Attn ; Legal Services Division, 42 Broadway, 9th Floor, NY, NY 10004

O   'Disposition' of a traverse hearing means the court's final written decision on the traverse hearing

3

P   "Affidavit of Service" or "Proof of Service" means a sworn statement in writing made under oath before a public notary in which the process server affirms that service of process in a matter was effectuated, the manner in which service was effectuated and other sworn statements

## II   INJUNCTIVE RELIEF

### A.   Duty to Comply With Law:

1) Respondent shall strictly and promptly comply with all laws, rules, regulations and requirements of the federal, state and municipal authorities and this Agreement when serving process

### B.   Duties When Effectuating Service on a Natural Person:

2) When effectuating service of process by conspicuous place service, Respondent shall affix the process to be served to the door of the person to be served and to no other

3) When effectuating service of process by conspicuous place service, Respondent shall at all times attach the process to the dwelling place door of the person to be served with transparent tape on all four corners

4) When making diligent efforts to deliver process in accordance with the requirements of CPLR 308, Respondent shall not make all attempts at delivery on the same day or at the same time on different days

5) Respondent shall make reasonable efforts to confirm whether the address at which service is attempted is the actual place of business, dwelling place or usual place of abode of the person to be served

6) Those efforts shall include, but not be limited to, inquiring of neighbors and other persons present at those locations, checking public and commercial data bases, and requesting information from the owner of the premises if different from the person to be served

7) Respondent shall not deliver process that he knows not to be the actual place of business, dwelling place, or usual place of abode of the person to be served and affirm that service was complete in an affidavit

8) When service is effectuated pursuant to CPLR 308(4) or Section 735(1) of the Real Property Actions and Proceedings Law ("RPAPL"), Respondent shall make date and

time stamped digital photographs of the hallway walls adjacent to the door to which process is affixed and the entryway to the building where the conspicuous posting is made

9) When mailing is required to complete service, Respondent shall perform the mailing in all instances where he has effectuated the delivery of the process himself

10) Respondent shall always write "personal and confidential" on the mailing envelope when delivering service by mail

11) Respondent shall insure that any service by mail is mailed to the last known residence of the person to be served

12) Respondent shall not indicate on mailing envelopes that the communication is from an attorney or concerning an action against the person sought to be served

## C.   Duty to Maintain Proper Records:

13) Respondent shall maintain records of service of process in the City of New York as required by General Business Law 89-cc and 6RCNY § 2-233

14) Respondent shall maintain in his logbooks all information required by General Business Law 89-cc and 6 RCNY § 2-233 with respect to every case in which he serves process

15) All service of process effectuated by the Respondent in the City of New York shall be entered in a single volume/logbook and entries shall at all times be made contemporaneously with service and in chronological order

16) Respondent shall record in his usual process server logbook in chronological order the date and time of each and every attempt of service

17) Respondent shall record in his usual process server logbook in chronological order the date and time of each service of process that is attempted but returned as undeliverable

18) Respondent shall describe in affidavits of service the person of suitable age and discretion to whom process is delivered by setting forth the age, height, weight, skin color, eye color and hair color of the person to whom process is delivered

19) Respondent shall always state the place and time of delivery in the affidavits of service

D. **Completion of Affidavits and other Proofs of Service**

20) Respondent shall strictly and promptly conform to all federal, state and municipal laws, rules, regulations and requirements relating to the preparation, notarization and filing of affidavits of service required by 6 RCNY § 2-234

21) Respondent's affidavit shall be truthful and contain all information required by law and, in addition, the following facts:

    a) A detailed description of Respondent's efforts to effectuate personal delivery within the State;

    b) Respondent's source of the information about the whereabouts of the person to be served;

    c) A description of Respondents efforts to confirm the information about the whereabouts of the person to be served;

    d) Whether the Respondent made use of a picture or other physical representations of the person(s) to be served when delivering process;

    e) A description of the age, height, weight, skin color, eye color and hair color of the person to whom delivery of process was made;

    f) The location and detailed description of the place where delivery was effectuated;

    g) The name and description of any witnesses to the delivery of process; and

    h) Where service of process is accomplished by personal delivery, all information confirming that Respondent knew the person to whom process was delivered to be the actual intended recipient of the process; and

    i) Where information required is unknown Respondent shall clearly state so in the affidavit

22) Respondent thoroughly read and shall not sign or notarize or cause to be signed or notarized any affidavit of service until such time as all information pertaining to the specific service has been entered and form language modified where necessary

23) Respondent shall not intentionally sign any affidavit that has the capacity, tendency or effect of misleading a reader of the affidavit

24) For purposes of this provision any statement in an affidavit by Respondent shall be considered intentional if there are repeated similar acts, including because of the use of canned or form language

25) Respondent shall at all times specifically state in the affidavit whether he knows or does not know the name(s) of the person(s) to whom service was delivered

26) Respondent shall not use fictitious names in his affidavit to refer to defendants or persons; except "Jane Doe" and "John Doe" where the party is so named in the case caption and was served as such an unknown party

27) Respondent shall always state the process server organization name, address and DCA license number, as well his individual process server name and DCA license number, on all affidavits of service that are filed with a court

### E.    Maintenance of Records

28) Respondent shall maintain all photographs, logs, records, affidavits and other documents required by the General Business Law, the Rules of the Commissioner and this Agreement for a period of not less than five years.

### F.    Duty to Report Contested Service of Process

29) The Respondent shall notify the Department (attention of Counsel's Office), in writing, by certified mail, within ten days of the conclusion of any traverse hearing court hearing or concerning a contest to service of process in which his service of process is contested in a motion, order to show cause hearing or trial, and whether such dispute was resolved by settlement of the parties, waiver by defendant or by decision of the court

30) The report shall be on a form attached to this Agreement as Exhibit A and shall include the following:

a)  the index number;

b)  the caption;

c)  the court;

d)  the name of the firm, entity or person on behalf of whom service was effectuated;

e)  the name and license number of the process server organization that assigned service to Respondent;

f)  a copy of the affidavit of service or proof of service;

g)  copies of the mailing receipts;

i)  the final disposition of the matter; and

7

j) shall have attached to it a copy of the court order, stipulation or court file jacket setting forth the final disposition of the matter

31) Respondent shall have an affirmative obligation to obtain a copy of the decision, stipulation, statement or other proof of disposition of the traverse hearing

32) Respondent shall maintain in a separate bound, paginated volume or logbook, separate from the records required by General Business Law, 6 RCNY § 2-233, where he records every contest to service of process (traverse hearing) setting forth all of the information required by this Agreement to be reported to the Department and the date and certified mail number

## G.  Providing Identification

33) Respondent may not possess, display or wear any badges, insignias, shields, medals or decoration while serving process

34) Respondent shall display his Department identification card upon request of a person upon whom Respondent is attempting service or any other interested person

## H.  Training

35) Respondent shall obtain training about the laws and regulations that relate to and govern the service of process in the City of New York upon notice from the Department that that it has determined that there is available within the City of New York one or more programs that provide such training in a satisfactory manner

36) Respondent s failure to provide proof of having attended training shall be sufficient grounds for the revocation of his license or denial of a renewal application license until such time as this requirement is met

## I.  Inspection of Records:

37) If Respondent obtains a new license in five years, thereafter Respondent shall report to the Department, upon notice, at the Legal Services Division, 42 Broadway, 9th Floor, New York NY 10004 every six months for a compliance review

38) The first such review shall occur on or about three months from the date of issuance of the license at a date and time scheduled by the Department

39) The Department will provide notice of the date and time of the review to Respondent by regular United States mail sent to Respondent's residential address not later than ten (10) days before the schedule review

40) Respondent shall appear at the review with all photographs, records, affidavits and other documents that this Agreement requires Respondent to maintain for the preceding six months, or as provided by the Department in writing, and with such other materials as the Department by notice shall request

41) The Department will conduct a review to assess whether Respondent has complied with the requirements of Article 8-A of the General Business Law, Subchapter W of Chapter 2 of the Rules of the Commissioner, and this Agreement

42) Respondent's failure to comply may result in proceedings for license revocation or suspension, fines and such other remedies as provided by law and this Agreement

43) Respondent's failure to provide proof of compliance with the review and reporting requirement of this section on or before the application for a license renewal shall be sufficient grounds for the denial of any subsequent license

44) Respondent shall produce all records demanded by the Department within 72 hours of the receipt of a written demand

III.   FINES

45) Respondent shall pay a fine of $ ___$1,000.00_____ in three installments in settlement of all the violations to date

46) Installment payments shall be made as follows:

   a)  The first installment for three hundred dollars ($300 00) and is due at the execution of this Agreement

   b)  The second payment is for three hundred dollars ($300 00) and is due 60 days after the execution of this Agreement

   c)  The third payment is for four hundred dollars ($400 00) and is due 90 days after the date of the execution of the Agreement

47) Payments shall be made in the form of a bank check or money order only and shall be made payable to the "NYC Department of Consumer Affairs "

## IV RESOLUTION OF CONSUMER COMPLAINTS

48) Respondent shall provide to the Department a reply to all consumer complaints to the Department relating to Respondent's process serving activity within ten (10) business days of the receipt the complaint

49) Respondent shall respond to any subsequent communications from the Department concerning the complaint within five (5) business days

50) Nothing in this provision waives or diminishes Respondent's obligation to comply with 6 RCNY Section 1-13

51) Respondent shall provide to the Department a copy of every written complaint that Respondent receives from any other governmental body and from any non-governmental entity and Respondent's response thereto within ten days of Respondent's receipt of the complaint  Respondent shall report to the Department the resolution of every such complaint and provide a copy of any writing setting forth the resolution within ten (10) business days of such resolution

## V RESPONDENT'S DUTY TO REPORT CHANGES OF ADDRESS TO THE DEPARTMENT

52) Respondent affirms that the address and telephone number listed with the Department are current and correct

53) Respondent represents that the following is his e-mail address



_____@_____

54) Respondent acknowledges that the Department intends to use this e-mail address to communicate official matters to the Respondent and Respondent agrees to accept such communications

55) Respondent shall notify the Department when his address, telephone number and or e-mail address change in writing within 10 days of such change

56) Respondent shall provide the notification in writing to the Department's Licensing Unit at 42 Broadway, 5th Floor, NY, NY 10004 and the Legal Services Unit located at 42 Broadway, 9th Floor, NY NY 10004

57) Respondent's failure to notify the Department of any change in address in a timely manner shall be sufficient grounds for the suspension of the license for a period of not

10

less than three (3) months, upon proof of the failure to notify the Department of such change and an opportunity to be heard

58) Respondent's failure to respond to any Department communication within the period specified in this Agreement or by law shall be deemed Respondent's failure to notify the Department of his/her whereabouts and shall be sufficient grounds for the suspension of the license, upon proof of such failure to respond and an opportunity to be heard

## VI.  BREACH OF THIS AGREEMENT

59) A finding after notice and hearing that Respondent has committed a material breach of the terms of this Agreement shall be sufficient grounds for the revocation of Respondent's license and for ineligibility to be licensed for a period of five years

60) Specific violations of this Agreement shall constitute independent and separate violations of any applicable law, regulation or rule

61) Violations of law and violations of this Agreement shall be assessed as separate fines, with a maximum penalty of $1,000.00 each

62) The following conduct shall be grounds for denial or revocation of Respondent's DCA licenses:

    a.    Respondent's failures to pay any restitution or fine ordered by DCA's administrative tribunal; or

    b.    Respondent's failure to pay any fine installment payment under this Agreement; or

    c.    Respondent's failure to pay any consumer restitution awarded by any

    other court or administrative body of competent jurisdiction within thirty days of Respondent's receipt of the decision of such court or the exhaustion of all appeals therefrom, whichever is later

## VII.  WAIVER OF APPEALS

63) Respondent waives any right to a hearing on, appeal of and/or any challenge of the facts alleged by the above-referenced violation (LL#5133470) under Sections 20-104

11

of the Code or under Article 78 of the New York State Civil Practice Law and Rules, Sections 7801-7806. in any forum

## VIII  DEPARTMENT'S AUTHORITY

64) Nothing in this Agreement shall be construed to limit in any way the authority of the Department to exercise its regulatory or enforcement powers under Sections 20-104 or 20-409 of the Code

Agreed to by Respondent

By: Harry Torres

Signature                    Date    2/26/09

By: Respondent's Attorney

co Weytzner Esq              Date    2/26/09

By  Respondent's Attorney.

Sol Needle, Esq             Date    2/26/09

Accepted for the Department of Consumer Affairs

By

Staff Counsel

Legal Services Division

Signature                    Date    2/26/09

By:

Deputy Director

Legal

Signature                    Date    2/26/09

---

Businesses licensed by the Department of Consumer Affairs (DCA) must comply with all relevant local, state and federal laws  Copies of New York City licensing and consumer protection laws are available in person at DCA's Licensing Center, located at 42 Broadway, 5th Floor  New York, NY, by calling 311. New York City's 24 hour Citizen Service Hotline, or by going online at www.nyc.gov/consumers.

EXHIBIT C "


| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 29840.02 | 3844.94 |
| 3 Social security wages | 4 Social security tax withheld |
| 30620.02 | 1898.44 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 30620.02 | 443.99 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 386 |

c Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY 10545

Batch #00538



REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA   J. STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State  NY   REDACTED | 16 State wages, tips, etc.  29840.02 |
|---|---|
| 17 State income tax  1038.45 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Safe, accurate, FASTI Use   IRS e-file   Visit the IRS Web Site at www.irs.gov.

Employee Reference Copy

**W-2** Wage and Tax Statement **2003**
OMB No. 1545-0008

Copy C for employee's records.

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1.** The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 34416.14 | Social Security Tax Withheld  Box 4 of W-2 | 1898.44 | NY. State Income Tax  Box 17 of W-2 | 1038.45 |
|---|---|---|---|---|---|
| | | | | SUI/SDI  Box 14 of W-2 | |
| Fed. Income Tax Withheld  Box 2 of W-2 | 3844.94 | Medicare Tax Withheld  Box 6 of W-2 | 443.99 | | |

**2.** Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation  Box 1 of W-2 | Social Security Wages  Box 3 of W-2 | Medicare Wages  Box 5 of W-2 | NY. State Wages, Tips, Etc.  Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 34,416.14 | 34,416.14 | 34,416.14 | 34,416.14 |
| Less 403(b) (E-Box 12) | 780.00 | N/A | N/A | 780.00 |
| Less Other Cafe 125 | 3,796.12 | 3,796.12 | 3,796.12 | 3,796.12 |
| Reported W-2 Wages | 29,840.02 | 30,620.02 | 30,620.02 | 29,840.02 |

**3.** Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

BARBARA   J. STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

Social Security Number: REDACTED
Taxable Marital Status:   SINGLE
Exemptions/Allowances:
   FEDERAL:   0
   STATE:   2

© 2003 AUTOMATIC DATA PROCESSING INC

Save 15% on tax preparation. Learn more at https://taxpartner.adp.com.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 29840.02 | 3844.94 |
| 3 Social security wages | 4 Social security tax withheld |
| 30620.02 | 1898.44 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 30620.02 | 443.99 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 386 |

c Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA   J. STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State  NY   REDACTED | 16 State wages, tips, etc.  29840.02 |
|---|---|
| 17 State income tax  1038.45 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Federal Filing Copy

**W-2** Wage and Tax Statement **2003**
OMB No. 1545-0008

Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 29840.02 | 3844.94 |
| 3 Social security wages | 4 Social security tax withheld |
| 30620.02 | 1898.44 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 30620.02 | 443.99 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 386 |

c Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other |  780.00 |
| | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA   J. STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State  NY   REDACTED | 16 State wages, tips, etc.  29840.02 |
|---|---|
| 17 State income tax  1038.45 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

NY.State Reference Copy

**W-2** Wage and Tax Statement **2003**
OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 29840.02 | 3844.94 |
| 3 Social security wages | 4 Social security tax withheld |
| 30620.02 | 1898.44 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 30620.02 | 443.99 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 386 |

c Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other |  780.00 |
| | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA   J. STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State  NY   REDACTED | 16 State wages, tips, etc.  29840.02 |
|---|---|
| 17 State income tax  1038.45 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

NY.State Filing Copy

**W-2** Wage and Tax Statement **2003**
OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.


"EXHIBIT C"

## Top-left W-2 (Employee Reference Copy)

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 30978.95 | 4048.46 |
| 3 Social security wages | 4 Social security tax withheld |
| 31758.95 | 1969.05 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 31758.95 | 460.50 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 376 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

Batch #01076

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY | REDACTED | 16 State wages, tips, etc. 30978.95 |
|---|---|---|
| 17 State income tax 1114.38 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

Safe, accurate, FASTI Use — IRS e-file — Visit the IRS Web Site at www.irs.gov.

**W-2** Employee Reference Copy Wage and Tax Statement **2004**
OMB No. 1545-0008
Copy C for employee's records.

## Earnings Summary section (right top)

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 36673.19 | Social Security Tax Withheld Box 4 of W-2 | 1969.05 | NY. State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 1114.38 |
|---|---|---|---|---|---|
| Fed. Income Tax Withheld Box 2 of W-2 | 4048.46 | Medicare Tax Withheld Box 6 of W-2 | 460.50 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 36,673.19 | 36,673.19 | 36,673.19 | 36,673.19 |
| Less 403(b) (E-Box 12) | 780.00 | N/A | N/A | N/A |
| Less Other Cafe 125 | 4,914.24 | 4,914.24 | 4,914.24 | 4,914.24 |
| Reported W-2 Wages | 30,978.95 | 31,758.95 | 31,758.95 | 30,978.95 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

Social Security Number: REDACTED
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 2

© 2004 AUTOMATIC DATA PROCESSING, INC.

## Bottom-left W-2 (Federal Filing Copy)

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 30978.95 | 4048.46 |
| 3 Social security wages | 4 Social security tax withheld |
| 31758.95 | 1969.05 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 31758.95 | 460.50 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 376 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY | REDACTED | 16 State wages, tips, etc. 30978.95 |
|---|---|---|
| 17 State income tax 1114.38 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Federal Filing Copy Wage and Tax Statement **2004**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

## Bottom-middle W-2 (NY. State Reference Copy)

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 30978.95 | 4048.46 |
| 3 Social security wages | 4 Social security tax withheld |
| 31758.95 | 1969.05 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 31758.95 | 460.50 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 376 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY | REDACTED | 16 State wages, tips, etc. 30978.95 |
|---|---|---|
| 17 State income tax 1114.38 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** NY.State Reference Copy Wage and Tax Statement **2004**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

## Bottom-right W-2 (NY.State Filing Copy)

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 30978.95 | 4048.46 |
| 3 Social security wages | 4 Social security tax withheld |
| 31758.95 | 1969.05 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 31758.95 | 460.50 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | A | 376 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY | REDACTED | 16 State wages, tips, etc. 30978.95 |
|---|---|---|
| 17 State income tax 1114.38 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** NY.State Filing Copy Wage and Tax Statement **2004**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

# 2005 W-2 and EARNINGS SUMMARY

**Safe, accurate, FAST! Use** IRS **e-file** Visit the IRS Website at www.irs.gov.

**Employee Reference Copy**

## W-2 Wage and Tax Statement 2005
OMB No. 1545-0008

Copy C for employee's records.

| a Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 378 |

c  Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY   10545

Batch #00668

e/f Employee's name, address, and ZIP code

BARBARA   J.   STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

REDACTED

| 1 Wages, tips, other comp. 31865.12 | 2 Federal income tax withheld 4192.13 |
|---|---|
| 3 Social security wages 32645.12 | 4 Social security tax withheld 2024.00 |
| 5 Medicare wages and tips 32645.12 | 6 Medicare tax withheld 473.35 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See Instructions for box 12  E  780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State NY REDACTED | 16 State wages, tips, etc. 31865.12 |
|---|---|
| 17 State income tax 1171.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.**

| | | | |
|---|---|---|---|
| Gross Pay | 38169.44 | Social Security Tax Withheld Box 4 of W-2 | 2024.00 |
| | | NY. State Income Tax Box 17 of W-2 | 1171.86 |
| | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 4192.13 | Medicare Tax Withheld Box 6 of W-2 | 473.35 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 38,169.44 | 38,169.44 | 38,169.44 | 38,169.44 |
| Less 403(b) (E-Box 12) | 780.00 | N/A | N/A | 780.00 |
| Less Other Cafe 125 | 5,524.32 | 5,524.32 | 5,524.32 | 5,524.32 |
| Reported W-2 Wages | 31,865.12 | 32,645.12 | 32,645.12 | 31,865.12 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

BARBARA   J.   STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

Social Security Number: REDACTED
Taxable Marital Status   SINGLE
Exemptions/Allowances:
FEDERAL:   0
STATE:   2

© 2005 AUTOMATIC DATA PROCESSING, INC.

---

| 1 Wages, tips, other comp. 31865.12 | 2 Federal income tax withheld 4192.13 |
|---|---|
| 3 Social security wages 32645.12 | 4 Social security tax withheld 2024.00 |
| 5 Medicare wages and tips 32645.12 | 6 Medicare tax withheld 473.35 |
| a Control number 007915 12/4EN Dept. 010530 Corp. | Employer use only A 378 |

c  Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY   10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

BARBARA   J.   STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State NY REDACTED | 16 State wages, tips, etc. 31865.12 |
|---|---|
| 17 State income tax 1171.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**

**W-2** Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 31865.12 | 2 Federal income tax withheld 4192.13 |
|---|---|
| 3 Social security wages 32645.12 | 4 Social security tax withheld 2024.00 |
| 5 Medicare wages and tips 32645.12 | 6 Medicare tax withheld 473.35 |
| a Control number 007915 12/4EN Dept. 010530 Corp. | Employer use only A 378 |

c  Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY   10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

BARBARA   J.   STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State NY REDACTED | 16 State wages, tips, etc. 31865.12 |
|---|---|
| 17 State income tax 1171.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**NY.State Reference Copy**

**W-2** Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 31865.12 | 2 Federal income tax withheld 4192.13 |
|---|---|
| 3 Social security wages 32645.12 | 4 Social security tax withheld 2024.00 |
| 5 Medicare wages and tips 32645.12 | 6 Medicare tax withheld 473.35 |
| a Control number 007915 12/4EN Dept. 010530 Corp. | Employer use only A 378 |

c  Employer's name, address, and ZIP code

CATHOLIC   FOREIGN   MISSION
MARYKNOLL   FATHERS
MARYKNOLL   NY   10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

BARBARA   J.   STINSON
163 EAST ELM STREET
GREENWICH,CT   06830

| 15 State NY REDACTED | 16 State wages, tips, etc. 31865.12 |
|---|---|
| 17 State income tax 1171.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**NY.State Filing Copy**

**W-2** Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.



*"EXHIBIT C"*

# 2006 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 41599.82 | Social Security Tax Withheld Box 4 of W-2 | 2204.81 | NY. State Income Tax Box 17 of W-2 | 1370.78 |
| | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 4777.23 | Medicare Tax Withheld Box 6 of W-2 | 515.64 | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 41,599.82 | 41,599.82 | 41,599.82 | 41,599.82 |
| Less 403(b) (E-Box 12) | 780.00 | N/A | N/A | 780.00 |
| Less Other Cafe 125 | 6,038.40 | 6,038.40 | 6,038.40 | 6,038.40 |
| Reported W-2 Wages | 34,781.42 | 35,561.42 | 35,561.42 | 34,781.42 |

**3 Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

Social Security Number: REDACTED
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 2

© 2006 AUTOMATIC DATA PROCESSING, INC

---

**W-2 Wage and Tax Statement 2006**

Employee Reference Copy
OMB No. 1545-0008

**a** Control number 007915 12/4EN | Dept. 010530 | Corp. | Employer use only A | 360

**c** Employer's name, address, and ZIP code
CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

Batch #00761

**e/f** Employee's name, address, and ZIP code
BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

REDACTED

| 1 Wages, tips, other comp. 34781.42 | 2 Federal income tax withheld 4777.23 |
|---|---|
| 3 Social security wages 35561.42 | 4 Social security tax withheld 2204.81 |
| 5 Medicare wages and tips 35561.42 | 6 Medicare tax withheld 515.64 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |
| 15 State NY REDACTED | 16 State wages, tips, etc. 34781.42 |
| 17 Income tax 1370.78 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

| 1 Wages, tips, other comp. 34781.42 | 2 Federal income tax withheld 4777.23 |
|---|---|
| 3 Social security wages 35561.42 | 4 Social security tax withheld 2204.81 |
| 5 Medicare wages and tips 35561.42 | 6 Medicare tax withheld 515.64 |

**a** Control number 007915 12/4EN | Dept. 010530 | Corp. | Employer use only A | 360

**c** Employer's name, address, and ZIP code
CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

**e/f** Employee's name, address and ZIP code
BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY REDACTED | State wages, tips, etc. 34781.42 |
|---|---|
| 17 State income tax 1370.78 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2 Wage and Tax Statement 2006**
Federal Filing Copy
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 34781.42 | 2 Federal income tax withheld 4777.23 |
|---|---|
| 3 Social security wages 35561.42 | 4 Social security tax withheld 2204.81 |
| 5 Medicare wages and tips 35561.42 | 6 Medicare tax withheld 515.64 |

**a** Control number 007915 12/4EN | Dept. 010530 | Corp. | Employer use only A | 360

**c** Employer's name, address, and ZIP code
CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

**e/f** Employee's name, address and ZIP code
BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY REDACTED | State wages, tips, etc. 34781.42 |
|---|---|
| 17 State income tax 1370.78 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2 Wage and Tax Statement 2006**
NY.State Reference Copy
OMB No. 1545-0008
Copy I to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 34781.42 | 2 Federal income tax withheld 4777.23 |
|---|---|
| 3 Social security wages 35561.42 | 4 Social security tax withheld 2204.81 |
| 5 Medicare wages and tips 35561.42 | 6 Medicare tax withheld 515.64 |

**a** Control number 007915 12/4EN | Dept. 010530 | Corp. | Employer use only A | 360

**c** Employer's name, address, and ZIP code
CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E 780.00 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

**e/f** Employee's name, address and ZIP code
BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY REDACTED | State wages, tips, etc. 34781.42 |
|---|---|
| 17 State income tax 1370.78 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2 Wage and Tax Statement 2006**
NY.State Filing Copy
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

*" EXHIBIT C "*

Safe, accurate, **IRS e-file** Visit the IRS Web Site
FAST! Use                 at www.irs.gov/efile.

**Employee Reference Copy**

# W-2 Wage and Tax Statement 2007

OMB No. 1545-0008

*Copy C for employee's records.*

| d Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 373 |

c Employer's name, address, and ZIP code

CATHOLIC  FOREIGN  MISSION
MARYKNOLL  FATHERS
MARYKNOLL  NY 10545

Batch #00744

e/f Employee's name, address, and ZIP code

BARBARA  J. STINSON
163 EAST ELM STREET
GREENWICH,CT  06830

**REDACTED**

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 35080.34 | 4781.30 |
| 3 Social security wages | 4 Social security tax withheld |
| 36294.66 | 2250.27 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 36294.66 | 526.27 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 E I  1214.32 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |
| 15 State  **REDACTED** NY | 16 State wages, tips, etc. 35080.34 |
| 17 State income tax 1391.29 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 42985.22 | Social Security Tax Withheld Box 4 of W-2 | 2250.27 | NY. State income Tax Box 17 of W-2  1391.29 |
| Fed. Income Tax Withheld Box 2 of W-2 | 4781.30 | Medicare Tax Withheld Box 6 of W-2 | 526.27 | SUI/SDI Box 14 of W-2 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 42,985.22 | 42,985.22 | 42,985.22 | 42,985.22 |
| Less 403(b) (E-Box 12) | 1,214.32 | N/A | N/A | 1,214.32 |
| Less Other Cafe 125 | 6,690.56 | 6,690.56 | 6,690.56 | 6,690.56 |
| Reported W-2 Wages | 35,080.34 | 36,294.66 | 36,294.66 | 35,080.34 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

BARBARA  J. STINSON
163 EAST ELM STREET
GREENWICH,CT  06830

Social Security Number: **REDACTED**
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 2

© 2007 ADP, INC

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 35080.34 | 4781.30 |
| 3 Social security wages | 4 Social security tax withheld |
| 36294.66 | 2250.27 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 36294.66 | 526.27 |

| d Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 373 |

c Employer's name, address, and ZIP code

CATHOLIC  FOREIGN  MISSION
MARYKNOLL  FATHERS
MARYKNOLL  NY 10545

**REDACTED**

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E I  1214.32 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

BARBARA  J. STINSON
163 EAST ELM STREET
GREENWICH,CT  06830

| 15 State  **REDACTED** NY | 16 State wages, tips, etc. 35080.34 |
|---|---|
| 17 State income tax 1391.29 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**

# W-2 Wage and Tax Statement 2007

OMB No. 1545-0008

Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 35080.34 | 4781.30 |
| 3 Social security wages | 4 Social security tax withheld |
| 36294.66 | 2250.27 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 36294.66 | 526.27 |

| d Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 373 |

c Employer's name, address, and ZIP code

CATHOLIC  FOREIGN  MISSION
MARYKNOLL  FATHERS
MARYKNOLL  NY 10545

**REDACTED**

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E I  1214.32 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

BARBARA  J. STINSON
163 EAST ELM STREET
GREENWICH,CT  06830

| 15 State  **REDACTED** NY | 16 State wages, tips, etc. 35080.34 |
|---|---|
| 17 State income tax 1391.29 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**NY.State Reference Copy**

# W-2 Wage and Tax Statement 2007

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 35080.34 | 4781.30 |
| 3 Social security wages | 4 Social security tax withheld |
| 36294.66 | 2250.27 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 36294.66 | 526.27 |

| d Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 373 |

c Employer's name, address, and ZIP code

CATHOLIC  FOREIGN  MISSION
MARYKNOLL  FATHERS
MARYKNOLL  NY 10545

**REDACTED**

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E I  1214.32 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

BARBARA  J. STINSON
163 EAST ELM STREET
GREENWICH,CT  06830

| 15 State  **REDACTED** NY | 16 State wages, tips, etc. 35080.34 |
|---|---|
| 17 State income tax 1391.29 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**NY.State Filing Copy**

# W-2 Wage and Tax Statement 2007

OMB No. 1545-0008

Copy 2 to be filed with employee's State Income Tax Return.

" EXHIBIT e "

Safe, accurate, *ins* *e* *file* Visit the IRS Web Site
FASTI Use at www.irs.gov/efile.

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2008**
OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 374 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

Batch #00860

e/f Employee's name, address, and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

REDACTED

| 1 Wages, tips, other comp. 36862.94 | 2 Federal Income tax withheld 5111.86 |
|---|---|
| 3 Social security wages 38463.70 | 4 Social security tax withheld 2384.75 |
| 5 Medicare wages and tips 38463.70 | 6 Medicare tax withheld 557.72 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 E I 1600.76 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

| 15 State NY REDACTED | 16 State wages, tips, etc. 36862.94 |
|---|---|
| 17 State income tax 1513.27 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## 2008 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2008 pay stub plus any adjustments submitted by your employer.

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay | 45872.86 | Social Security Tax Withheld Box 4 of W-2 | 2384.75 | NY. State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 1513.27 |
| Fed. Income Tax Withheld Box 2 of W-2 | 5111.86 | Medicare Tax Withheld Box 6 of W-2 | 557.72 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 45,872.86 | 45,872.86 | 45,872.86 | 45,872.86 |
| Less 403(b) (E-Box 12) | 1,600.76 | N/A | N/A | 1,600.76 |
| Less Other Cafe 125 | 7,409.16 | 7,409.16 | 7,409.16 | 7,409.16 |
| Reported W-2 Wages | 36,862.94 | 38,463.70 | 38,463.70 | 36,862.94 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

Social Security Number: REDACTED
Taxable Marital Status: SINGLE

Exemptions/Allowances:
FEDERAL: 0
STATE: 2

© 2008 ADP, INC.

---

| 1 Wages, tips, other comp. 36862.94 | 2 Federal Income tax withheld 5111.86 |
|---|---|
| 3 Social security wages 38463.70 | 4 Social security tax withheld 2384.75 |
| 5 Medicare wages and tips 38463.70 | 6 Medicare tax withheld 557.72 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 374 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 E I 1600.76 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address, and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY REDACTED | 16 State wages, tips, etc. 36862.94 |
|---|---|
| 17 State income tax 1513.27 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Federal Filing Copy Wage and Tax Statement **2008**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 36862.94 | 2 Federal Income tax withheld 5111.86 |
|---|---|
| 3 Social security wages 38463.70 | 4 Social security tax withheld 2384.75 |
| 5 Medicare wages and tips 38463.70 | 6 Medicare tax withheld 557.72 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 374 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E I 1600.76 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address, and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY REDACTED | 16 State wages, tips, etc. 36862.94 |
|---|---|
| 17 State income tax 1513.27 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** NY.State Reference Copy Wage and Tax Statement **2008**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 36862.94 | 2 Federal Income tax withheld 5111.86 |
|---|---|
| 3 Social security wages 38463.70 | 4 Social security tax withheld 2384.75 |
| 5 Medicare wages and tips 38463.70 | 6 Medicare tax withheld 557.72 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 007915 12/4EN | 010530 | | A | 374 |

c Employer's name, address, and ZIP code

CATHOLIC FOREIGN MISSION
MARYKNOLL FATHERS
MARYKNOLL NY 10545

REDACTED

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a E I 1600.76 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address, and ZIP code

BARBARA J. STINSON
163 EAST ELM STREET
GREENWICH,CT 06830

| 15 State NY REDACTED | 16 State wages, tips, etc. 36862.94 |
|---|---|
| 17 State income tax 1513.27 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** NY.State Filing Copy Wage and Tax Statement **2008**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

MVLMS01               Driver License System           Date 02/27/2018
             Connecticut License Information         Time 10:13:27
                                             **Reclassed**
    Name: STINSON,BARBARA,J                       CRED: LEGACY
Mail Addr: 163 EAST ELM ST         Res Addr: _____
    City: GREENWICH              City: _____
   State: CT  Zip: 06830 - 6614     State: __ Zip: _____ - ____

DOB: 02/28/1959   Eye Color: BLU   Height: 5 06   Sex: F   Organ Donor: N
DLN: CT028206750    Duplicates Issued: 0    Expires: 02/28/2017

    Class: D      Endorsements:        Restrictions: B

Training:    Proficiency Test: N         Eye Exam:
Orig Iss Dt: 09/13/2005  Orig CDL Dt:      Last Ren. Dt: 06/28/2011

  State of Cancel:           Date of Cancel:
  Non-CDL Status: EXPIRED       COL Status:


PF2 TO POSSIBLE MIR2 CT SUSPENSION INFO   PF4 FOR MEDICAL CERTIFICATION STATUS
           PRESS ENTER FOR INQUIRY MAIN MENU


# DATE OF ISSUE

FEB 27 2018

## DEPT. OF MOTOR VEHICLES

DMV  FEB 2 7 2018
NORWALK

"EXHIBITE"



TOWN OF
# GREENWICH

Town Hall - 101 Field Point Road, P.O Box 2540, Greenwich, CT 06836

**REGISTRAR OF VOTERS**
Michael A. Aurelia
(203) 622-7890
(203) 622-7707

**REGISTRAR OF VOTERS**
Fred DeCaro III
(203) 622-7889
(203) 622-6497

March 19, 2018

Ms. Barbara J. Stinson
1307 Park Street
Peekskill NY 10566

Dear Ms. Stinson:

The Registrars of Voters office, Town of Greenwich is confirming that you were a registered voter. You registered in 2004 as the attached print out proves but as of October 2016 your status changed to Off.

Please feel free to contact me if I can be of further assistance.

Sincerely

Lynn M. Giacomo
Assistant Registrar of Voters

Enc:

Inquiries » Voter Information » View Voter                                    Logged in as: LGIACOMO / Greenwich    QUICK SEARCH    LOGOUT

| Voter Information | | Residence Address | | Enrollment Information | |
|---|---|---|---|---|---|
| Prefix Name: | | Address: | 163 East Elm Street | Current Party: | Unaffiliated |
| Voter's Name: | Barbara J Stinson | Unit: | | Gender: | Female |
| Date of Birth: | 02/28/1959 | City: | Greenwich | Telephone: | (203)-622-1874 |
| Voter ID: | REDACTED | State: | CT | Special Status: | |
| Date Last Voted: | 11/04/2014 | Zip: | 06830 -6614 | Perm Absentee Ballot: | No |

| Mailing Address | | Status Information | | Memo |
|---|---|---|---|---|
| Street No.: | | Privilege Date: | 08/04/2004 | |
| Street Name1/P O Box: | | Reg. Effective Date: | 08/04/2004 | |
| Street Name2: | | Current Status : | Off | |
| Unit: | | Last Active Date: | 10/07/2016 | |
| Town: | | Off Reason: | Move out of State | |
| State: | | | Back | Signature |
| Zip Code: | | | | |
| Country: | | | | |

Districts:

| Congressional: | 004 | Senatorial: | 036 | Assembly: | 150 |
|---|---|---|---|---|---|

| | District/Ward | Precinct | Polling Place |
|---|---|---|---|
| State: | 001 | 00 | Julian Curtiss School |
| Local: | 001 | 00 | Julian Curtiss School |
| Special: | | | |

**Previous Names**

| Date Changed | | Last Name | First Name | Middle Name | | Suffix |
|---|---|---|---|---|---|---|

| Change Date | Number | Street | Unit | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 08/04/2004 | 236 | East 82nd Street | 4B | New York | NY | 10028 |

| Date Changed | Party Name ( From - To ) |
|---|---|

| Change Audit History | Type | Change Date | Change Reason | Changed User ID | Type of Change |
|---|---|---|---|---|---|
| 10/07/2016 10:02 AM | Remove | 10/07/2016 | Move Out Of State | LGIACOMO | Status, Other |

| Election Date | Election Type | How Voted |
|---|---|---|
| 11/04/2014 | General | In Person |
| 11/06/2012 | General | In Person |
| 11/08/2011 | General | In Person |
| 11/02/2010 | General | In Person |
| 11/03/2009 | General | In Person |
| 11/04/2008 | General | In Person |
| 11/06/2007 | General | In Person |
| 11/07/2006 | General | In Person |
| 11/08/2005 | General | In Person |

| History Date | Type | Move Code | Action | Notice Sent | Returned By | Return Date |
|---|---|---|---|---|---|---|
| 02/19/2015 | Mail In | Out of Town | Inactive | 04/29/2015 | by Post Office | 05/15/2015 |

| Select | Change Date | User | Type | Change Reason | Type of Change |
|---|---|---|---|---|---|
| O | 10/07/2016 | LGIACOMO | Remove | Move Out Of State | Status, Other |

Delete   Generate Letter

| Date Changed | User | Memo Description |
|---|---|---|

Report a problem?

EXHIBIT F

RECORDED DISTRICT 5951
REGISTER NUMBER 11

**NEW YORK STATE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATISTICAL DISTRICT
REC.
RES.

**DECEDENT**

| 1. NAME FIRST | MIDDLE | LAST | 2. SEX | 3A. DATE OF DEATH | 3B. HOUR |
|---|---|---|---|---|---|
| Robert | F. | Hosey Jr. | MALE ☒ 1 FEMALE 2 | MONTH 1 DAY 7 YEAR 81 | 11:45 |

| 4. AGE 3 YEARS | IF UNDER 1 YEAR MONTHS / DAYS | IF UNDER 1 DAY HOURS / MINUTES | 5. DECEDENT BORN MONTH 8 DAY 28 YEAR 77 | 6. VETERAN OF U.S. ARMED FORCES? NO ☒ YES ☐ IF YES, SPECIFY WAR OR DATES OF SERVICE | 7. SOCIAL SECURITY NUMBER None |

| 8A. COUNTY OF DEATH West. | 8B. LOCALITY (CHECK ONE AND SPECIFY) ☐ CITY OF ☒ TOWN OF ☐ VILLAGE OF | 8C. HOSPITAL OR OTHER INSTITUTION (IF NEITHER, GIVE ADDRESS) Peekskill Comm. Hos. | 8D. IF IN HOSPITAL OR INSTITUTION (CHECK ONE) 1 ☐ D.O.A. 2 ☐ EMERGENCY ROOM 3 ☐ OUTPATIENT 4 ☐ INPATIENT | 8E. IF INPATIENT ADMISSION DATE MONTH / DAY / YEAR |

| 9. STATE OF BIRTH (COUNTRY IF NOT USA) N.Y. | 10. CITIZEN OF WHAT COUNTRY? U.S.A. | 11. MARITAL STATUS (CHECK ONE) 1 ☐ NEVER MARRIED 3 ☐ WIDOWED 2 ☐ MARRIED OR SEPARATED 4 ☐ DIVORCED None | 12. SURVIVING SPOUSE (IF WIFE GIVE MAIDEN NAME) None |

| 13. RACE: WHITE, BLACK, AMERICAN INDIAN, OTHER (SPECIFY) White | 14. OF SPANISH ORIGIN? IF YES CHECK ONE ☐ YES 0 ☒ NO 1 ☐ MEXICAN 2 ☐ PUERTO RICAN 3 ☐ CUBAN 4 ☐ CENTRAL OR SOUTH AMERICAN | 15. EDUCATION: INDICATE HIGHEST GRADE COMPLETED ONLY ELEMENTARY 0 ☒ ... HIGH SCHOOL ... COLLEGE |

**RESIDENCE** USUAL RESIDENCE WHERE DECEDENT LIVED.

| 16A. USUAL OCCUPATION (DO NOT ENTER IF RETIRED) None | 16B. KIND OF BUSINESS OR INDUSTRY None | 16C. NAME AND LOCALITY OF FIRM OR COMPANY None |

| 17A. STATE N.Y. | 17B. COUNTY Westchester | 17C. LOCALITY (CHECK ONE AND SPECIFY) ☐ CITY OF ☐ TOWN OF ☒ VILLAGE OF Cortlandt | 17E. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? YES ☒ NO ☐ IF NO, SPECIFY TOWN: |

17D. STREET AND NUMBER OF RESIDENCE (INCLUDE ZIP CODE)
248 Tate Avenue Buchanan, N.Y. 10511

| 18A. NAME OF FATHER FIRST Robert MIDDLE F. LAST Hosey Sr. | 18B. MAIDEN NAME OF MOTHER FIRST Barbara MIDDLE LAST Stinson |

| 19A. NAME OF INFORMANT Barbara Stinson | 19B. MAILING ADDRESS (INCLUDE ZIP CODE) 248 Tate Avenue, Buchanan, N.Y. 105 |

**DISPOSITION**

| 20A. BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION (SPECIFY) Burial | MONTH 1 DAY 9 YEAR 81 | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION St. Patrick's Cem. | 20C. LOCATION (CITY OR TOWN, STATE) Verplanck, N.Y. 10596 |

| 21A. NAME AND ADDRESS OF FUNERAL HOME Edward F. Carter, Inc., 170 Kings Ferry Rd. Montrose, N.Y. 10548 | 21B. REGISTRATION NO. 00366 |

| 22A. NAME OF FUNERAL DIRECTOR Edward F. Carter, Jr. | 22B. SIGNATURE OF FUNERAL DIRECTOR | 22C. REGISTRATION NO. 00781 |

| 23A. SIGNATURE OF REGISTRAR Helen Heady Deputy | 23B. DATE FILED Jan. 9 81 | 24A. BURIAL OR REMOVAL PERMIT ISSUED Helen Heady Deputy | 24B. MONTH Jan. DAY 9 YEAR 91 |

**CERTIFIER**

TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY —OR— TO BE COMPLETED BY CORONER OR MEDICAL EXAMINER ONLY

25.A. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSES STATED MONTH / DAY / YEAR
SIGNATURE ▶

25. ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSES STATED ☐ CORONER ☐ CORONER PHYSICIAN ☒ MEDICAL EXAMINER
SIGNATURE AND TITLE Emmanuel Somers, M.D.

B. THE PHYSICIAN ATTENDED THE DECEASED MONTH/DAY/YEAR FROM: TO: — C. LAST SEEN ALIVE MONTH/DAY/YEAR

B. PRONOUNCED DEAD ON 1 7 81 — C. HOUR AT 11:45 a.M. — D. DATE SIGNED MONTH 1 DAY 8 YEAR 81

D. NAME OF ATTENDING PHYSICIAN, IF OTHER THAN CERTIFIER
E. SIGNATURE OF CORONER'S PHYSICIAN, IF OTHER THAN CERTIFIER

26. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, CORONER, MEDICAL EXAMINER, CORONER'S PHYSICIAN, MEDICAL DIRECTOR)
Emmanuel Somers, M.D. Westchester County Medical Examiner's Office, Valhalla, N.Y.

**CAUSE**

27. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C)) — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART I. IMMEDIATE CAUSE
(A) Left diaphragmatic hernia with herniation of
DUE TO (OR AS A CONSEQUENCE OF):
(B) intestines into the left thoracic cavity –
DUE TO (OR AS A CONSEQUENCE OF):
(C) bronchopneumonia right lung

CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (A) STATING THE UNDERLYING CAUSE LAST.

PART II. OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A)

| 28A. AUTOPSY? YES ☒ NO ☐ | 28B. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? 1 ☒ YES 2 ☐ NO | 29. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? 1 ☒ YES 2 ☐ NO |

| 30A. SPECIFY IF ACCIDENT, HOMICIDE, SUICIDE, UNDETERMINED, PENDING INVESTIGATION Natural | 30B. DATE OF INJURY MONTH/DAY/YEAR | 30C. HOUR OR INJURY M. | 30D. DESCRIBE HOW INJURY OCCURRED |

| 30E. INJURY AT WORK? YES ☐ NO ☐ | 30F. PLACE OF INJURY: HOME, FACTORY, OFFICE BLDG., ETC. | 30G. LOCATION (STREET & NO., CITY OR VILLAGE, TOWN, COUNTY, STATE) |

NCHS
QR

Robert Hosey

## CASE SUMMARY

| | | | |
|---|---|---|---|
| Court: | New York County Civil Court | Plaintiff(s): | |
| Index Number: | CV-062732-05/NY | | DEMI LLC |
| | | vs. | |
| Case Type: | Civil | | |
| Filed Date: | 12/13/2005 | Defendant(s): | |
| Status: | Post Disposition | | BARBARA J STINSON |
| | | | |
| Disposed Date: | 05/26/2006 | | |
| Disposed Reason: | Conversion | | |

(P)   DEMI LLC
      Houslanger & Associates PLLC - 372 New York Avenue, Huntington, NY 11743, (631) 427-1140 ext:

(D)   BARBARA J STINSON - 1307 PARK STREET, Peekskill, NY 10566

### PAPERS RECORDED

| | |
|---|---|
| 12/13/2005 | Conversion - SUMMONS AND COMPLAINT FILED |
| 12/13/2005 | Conversion - Set Status Conference Control Date |
| 12/13/2005 | Conversion - SUMMONS & COMPLAINT |
| 04/28/2006 | Judgment (Legacy Judgment), Seq 1, Filed Date: 04/28/2006, Total Judgment: $8,900.12, Entered Date: 05/26/2006, Status: Entered (05/26/2006), Creditor(s): (P) DEMI LLC, Debtor(s): (D) BARBARA J STINSON, Transcript Printed Date: 09/18/2017 |
| 05/26/2006 | Conversion - JUDGMENT APP FILED 04/28/2006 |
| 05/26/2006 | Conversion - JUDGMENT APPLCTN ACCEPTED JUDGMENT ENTERED |
| 05/26/2006 | Conversion - JUDGMENT SUBMITTAL FOR FAILURE TO ANSWER |
| 03/06/2007 | Conversion - JUDGMENT APP FILED 01/18/2007 |
| 03/06/2007 | Conversion - JUDGMENT APP REJECTED |
| 07/24/2017 | Archive - File Ordered |
| 08/16/2017 | Archive - File Received |
| 09/18/2017 | Transcript Request Receipted, Filed By: (P) DEMI LLC |
| 12/08/2017 | Archive - File Returned |
| 02/21/2018 | Motion (Order to Show Cause), Seq 1, Filed By: (D) BARBARA J STINSON, Relief: Vacate Liens and Restraints, Status: Filed |
| 02/22/2018 | Motion (Order to Show Cause), Seq 2, Court Date(s): 03/09/2018, Filed By: (D) BARBARA J STINSON, Relief: Vacate Judgment, Status: Decided (03/09/2018, Withdrawn, Leticia M. Ramirez) |

This report reflects information recorded as of 03/27/2018 09:44 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

CV-062732-05/NY (P) DEMI LLC vs. (D) BARBARA J STINSON

03/27/2018    Motion (Order to Show Cause), Seq 3, Court Date(s): 04/12/2018, Filed By: (D) BARBARA J STINSON, Relief: Vacate Judgment, Status: Filed

**APPEARANCE ACTIVITY**

03/09/2018    Part 34C - SRL - Procedural Motions - Cons Debt, Judge: Leticia M. Ramirez, Purpose: Motion (2) - Vacate Judgment, Outcome(s): Withdrawn

04/12/2018    Part 34C - SRL - Procedural Motions - Cons Debt, Purpose: Motion (3) - Vacate Judgment

This report reflects information recorded as of 03/27/2018 09:44 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 2 of 2