AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Barbara Stinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-11350-JPO |
| Houslanger & Associates, PLLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barbara Stinson

Date:     05/15/2019

_____
*Attorney's signature*

Emma Caterine
*Printed name and bar number*

The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor,
Brooklyn, New York 11241-1026

*Address*

emma@newyorkconsumerattorney.com
*E-mail address*

(718) 522-7900
*Telephone number*

*FAX number*