```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BARBARA STINSON,                                            :
                                                            :
                      Plaintiff,                            :           18-CV-11350 (JPO) (OTW)
                                                            :
              -against-                                     :           ORDER
                                                            :
HOUSLANGER & ASSOCIATES PLLC, et al.,                       :
                                                            :
                      Defendants.                           :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a discovery status conference on January 14, 2020, with multiple rulings made on the record. Accordingly, the Clerk of Court shall close ECF 91, ECF 112, and ECF 119. As directed at the conference, the parties shall file a joint status letter by **February 28, 2020**.

**SO ORDERED.**

Dated: January 14, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge