**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
BARBARA STINSON,

          Plaintiff,

          -against-

HOUSLANGER & ASSOCIATES PLLC, et al.,

          Defendants.
---------------------------------------------------------------x

18-CV-11350 (JPO) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' request to file a joint supplemental discovery status letter. (ECF 138). That request is GRANTED. The parties shall file another joint status letter by **Tuesday, March 10, 2020**. The parties shall continue to meet and confer regarding the disputes detailed in ECF 136 and ECF 137, and shall include the status of such discussions in the March 10 letter.

**SO ORDERED.**

Dated: March 2, 2020
      New York, New York

                  _s/ Ona T. Wang_
                  **Ona T. Wang**
                  United States Magistrate Judge