**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
**BARBARA STINSON,**
:
:
                            Plaintiff,  :        No. 18-CV-11350 (JPO) (OTW)
:
            -against-  :        <u>**ORDER**</u>
:
**HOUSLANGER & ASSOCIATES, et al.,**
:
:
                          Defendants,  :
:
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby

      **ORDERED**, that counsel shall conduct work remotely.  This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). It is further

      **ORDERED**, that **no in-person depositions shall take place on or before April 30, 2020**, absent a showing of exceptionally good cause. For depositions planned on or after May 1, 2020, parties shall submit a joint status letter with deposition plan(s) **fourteen (14) days** before the planned deposition(s).  It is further

      **ORDERED, counsel shall meet and confer and file a letter, within fourteen (14) days of this Order, with new proposed discovery deadlines**. It is further

**ORDERED** that if counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, counsel may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

Dated: March 19, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge