UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BARBARA STINSON,

                        Plaintiff,                      Civil Action No.

       -against-                       1:18-cv-11350(JPO)(OTW)

HOUSLANGER & ASSOCIATES, PLLC,
TODD HOUSLANGER,
DEMI, LLC d/b/a DEMI OF NEW YORK,
MATTHEW BLAKE,
BRYAN C. BRYKS, and
HARRY TORRES

                      Defendants.
------------------------------------------------------------------x

## NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the Declaration of Todd Houslanger, the Declaration of Bryan C. Bryks, the Declaration of Robert J. Bergson, and the exhibits annexed thereto, and the accompanying Rule 56.1 Counter-Statement, Rule 56.1 Statement and Memorandum of Law, all dated January 21, 2021, and the prior pleadings and proceedings herein, defendants Houslanger & Associates, PLLC, Todd E. Houslanger, Matthew Blake, Bryan C. Bryks and Demi, LLC (together, "Defendants"), will cross-move this Court before the Honorable J. Paul Oetken, at the Federal Courthouse, located at 40 Foley Square, Courtroom 706, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 56, for summary judgment dismissing Plaintiff's Complaint, with prejudice, together with such other relief as the Court deems just and proper.

Dated: New York, New York
January 21, 2021

        ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

        By: /s/ Robert J. Bergson
           Robert J. Bergson (RB-5271)
           Andrew W. Gefell (AG-1303)
           1430 Broadway, 17th Floor
           New York, New York 10017
*Attorneys for Defendants Houslanger & Associates, PLLC, Todd E. Houslanger, Matthew Blake and Bryan C. Bryks*

HOUSLANGER & ASSOCIATES, PLLC

  By: /s/ Todd E. Houslanger
      Todd E. Houslanger, Esq.
372 New York Ave
Huntington, NY 11743
(631) 427-1140
*Attorneys for Defendant*
*Demi LLC, d/b/a Demi of New York*

TO: All counsel of record via ECF