# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

August 17, 2022

VIA ECF  
Hon. J. Paul Oetken  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 20D  
New York, NY 1007

      **Re:** **Letter with Proposed Dates and Details of Trial as Ordered on August 1, 2022.**  
      *Stinson v. Houslanger & Associates, PLLC, et al,* **1:18-cv-11350-JPO-OTW**

Dear Judge Oetken:

    The undersigned represents Plaintiff Barbara Stinson in this above-entitled action for violations of the FDCPA and GBL § 349. I respectfully submit this letter on behalf of all parties.

    On August 1, 2022, Your Honor ordered the parties to submit a letter by August 17, 2022 informing the Court of how long trial is expected to last, whether the parties request a bench trial or jury trial, and suggested weeks from November 2022 through March 2023 for trial.

    Plaintiff anticipates a four day trial. The Defendants anticipate a two day trial. Plaintiff has requested a jury trial. Defendants request a bench trial. The parties suggest January 30-February 17, 2023 and March 20-31, 2023 for weeks to hold for potential trial dates.

Respectfully,  
/s/  
Ahmad Keshavarz, Esq.  
*Attorney for Plaintiff*

cc: Robert J. Bergson, Esq.  
    Todd Houslanger, Esq.