# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

September 22, 2022

VIA ECF  
Hon. J. Paul Oetken  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 20D  
New York, NY 1007

> **Re:** **Joint Letter on Settlement and Request for Adjournment of All Deadlines *Sine Die*.**
> ***Stinson v. Houslanger & Associates, PLLC, et al,* 1:18-cv-11350-JPO-OTW**

Dear Judge Oetken:

The undersigned represents Plaintiff Barbara Stinson in this above-entitled action, and writes of behalf of all parties.

The parties have settled. The signed settlement was delivered to Defendants on September 21, 2022 at 12:37 P.M.

Accordingly, the parties request that the Court adjourn all deadlines in this case *sine die,* and grant the parties 30 days (until October 21, 2022) for the tendering of consideration and the filing of stipulation of dismissal.

Respectfully,  
/s/  
Ahmad Keshavarz, Esq.  
*Attorney for Plaintiff*

cc: Robert J. Bergson, Esq.  
    Todd Houslanger, Esq.